DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
GABEL, JASON J and
GABEL, KAREN L

Case No. 04-04880-FLK13

Debtors

TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $43.39, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claim # | Claimant | Amount |
|---|---|---|
| 14 | ASSET MANAGEMENT OUTSOURCING<br>PO BOX 45<br>EVERETT, WA 98206 | $43.39 |

Dated: June 29, 2010

DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 4874659          7-8-10          $43.39